# Court of Appeals
# of the State of Georgia

ATLANTA,  October 04, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1601. ROBERT STONEY WORTHY v. GEORGIA DEPARTMENT OF HUMAN RESOURCES**

Upon review of the entire record in this case, it appearing that the trial court's contempt order of December 19, 2012 was supported by the evidence and that the trial court committed no error in its December 21, 2012 order, this appeal is hereby dismissed as improvidently granted.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 10/04/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ *, Clerk.*